UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL R. FENN,

Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

Defendants.

Case No. 25-cv-07473-PCP

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 1

Defendant Ford Motor Company ("Ford") removed this case to federal court on the basis of diversity jurisdiction under 28 U.S.C. § 1332 and has now moved for summary judgment, with the hearing on its motion set for November 5, 2026. The record before the Court, however, shows that complete diversity may be lacking because plaintiff, a California resident, asserts claims against both Ford and California citizen Gosch Ford Hemet. Although Ford contends that Gosch Ford Hemet's joinder was fraudulent, that is not apparent to the Court from the face of the complaint. If complete diversity is lacking, the Court lacks jurisdiction over this matter and cannot grant summary judgment in Ford's favor. Accordingly, Ford must show cause in writing by November 6, 2026, why this case should not be remanded to state court for lack of subject matter jurisdiction. Plaintiff may file any response by November 13, 2026. The hearing on Ford's motion for summary judgment is vacated pending further order of the Court.

**IT IS SO ORDERED.**

Dated: October 29, 2026

P. Casey Pitts
United States District Judge